UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| PIERRE CLEVELAND,<br><br>    Plaintiff,<br><br>v.<br><br>SUPERIOR COURT,<br><br>    Defendant. | Case No. 20-cv-00300-RMI<br><br>**ORDER OF TRANSFER**<br>Re: Dkt. Nos. 1, 6 |

This is a habeas case filed *pro se* by a state prisoner. Petitioner challenges a conviction obtained in the Sacramento County Superior Court. Sacramento County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated in this district.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Petitions challenging a conviction are preferably heard in the district of conviction. *See* Habeas L.R. 2254-3(a); *see also Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Because Petitioner was convicted in the Eastern District, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b). All pending motions are **VACATED** and will be addressed in the Eastern District.

**IT IS SO ORDERED.**

Dated: March 30, 2020

ROBERT M. ILLMAN
United States Magistrate Judge